**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7504**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EDWARD LAWRENCE GHOLSON, a/k/a Edward Lawrence
Randall, a/k/a Carlton Peerman,

Defendant - Appellant.

---

**No. 99-7505**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LARRY ELLIS GHOLSON, a/k/a Sylvester Bradley,

Defendant - Appellant.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Newport News.  Raymond A. Jackson, District Judge.  (CR-93-53-4, CA-98-109-4, CR-97-72-4, CA-98-110-4)

---

Submitted:  April 28, 2000          Decided:  May 17, 2000

Before WILKINS, LUTTIG, and WILLIAMS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Edward Lawrence Gholson, Appellant Pro Se.  Damon A. King, OFFICE OF THE STAFF JUDGE ADVOCATE, Fort Monroe, Virginia; Helen F. Fahey, United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Appellant Gholson appeals the district court's orders denying his motions filed under 28 U.S.C. § 2255 (West Supp. 1999) challenging his 1998 guilty plea and sentence and his 1998 supervised release revocation. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny certificates of appealability and dismiss on the reasoning of the district court. See United States v. Gholson, Nos. CR-93-53-4; CA-98-109-4 (E.D. Va. Oct. 18, 1999); United States v. Gholson, Nos. CR-97-72-4; CA-98-110-4 (E.D. Va. Oct. 18, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED